1  JOSEPH SCHLESINGER, Bar #89424
   Acting Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MARIO RABARA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )    No. 1:12-CR-00262 LJO-SKO-1
                                        )
12           *Plaintiff,*               )    STIPULATION TO CONTINUE SENTENCING
                                        )    HEARING;  ORDER THEREON
13     v.                               )
                                        )
14  MARIO RABARA,                       )    Date :  June 10, 2013
                                        )    Time:  8:30 a.m.
15           *Defendant.*               )    Honorable Lawrence J. O'Neill
    _____ )

16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel, that the sentencing hearing in the above-referenced matter now scheduled for May 20, 2013, **may**

19  **be continued to June 10, 2013, at 8:30 a.m.**

20        The reason for the request is Defendant was recently transferred to Lerdo from the Fresno County

21  Jail.  Defense counsel needs additional time to schedule Defendant on the Lerdo bus to review the PSR

22  with Defendant, and timely request changes to the PSR if necessary.  The requested continuance will

23  allow for that to happen and will conserve time and resources for all parties and the court.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Because this is a sentencing hearing, no exclusion of time is necessary.

2

3                                              BENJAMIN B. WAGNER
                                             United States Attorney
4

5    DATED: April 25, 2013                   */s/ Kimberly A. Sanchez*
                                             KIMBERLY A. SANCHEZ
6                                            Assistant United States Attorney
                                             Attorney for Plaintiff
7

8                                            JOSEPH SCHLESINGER
                                             Acting Federal Defender
9

10   DATED: April 25, 2013                   /s/  Marc Days
                                             MARC DAYS
11                                           Assistant Federal Defender
                                             Attorney for Defendant
12                                           MARIO RABARA

13

14

15                                   **O R D E R**

16       **IT IS SO ORDERED.**  The sentencing hearing in the above-captioned matter is hereby continued

17   to June 10, 2013, at 8:30 a.m.

18          DATED:   April 25, 2013

19                                           /s/ Lawrence J. O'Neill
                                             LAWRENCE J. O'NEILL, Judge
20                                           United States District Court

21

22

23

24

25

26

27

28

Stipulation to Continue Sentencing
Hearing; [Proposed] Order Thereon              2